# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142640 & (86)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 142640
                                      COA: 288975
                                      Wayne CC: 08-003633-FC

NIGEL KINTE WRIGHT,
      Defendant-Appellant.

_____/

      On order of the Court, the motion to file a pro per supplement to the application for leave to appeal is GRANTED. The application for leave to appeal the December 28, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

_____
Clerk

h0620